IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:20-cv-00907 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD J. CHANDLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

Plaintiff, the United States of America, at the request and with the authorization of a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the civil penalties, including statutory additions, assessed against Defendant Richard J. Chandler pursuant to 31 U.S.C. § 5321(a)(5) for his non-willful failure to report his interest in foreign bank accounts for the 2011 through 2014 calendar years.

### Jurisdiction and Venue

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1345, and 1355.

2. Upon information and belief, Defendant Richard Chandler is not a resident of the United States.  Thus, venue is proper pursuant to 28 U.S.C. § 1391(c)(3) because "a defendant not resident in the United States may be sued in any judicial district."

**Parties**

3.      The Plaintiff is the United States of America.

4.      Defendant Richard J. Chandler is a citizen of the United States who, upon

information and belief, resides at Obertillstrasse 11, Adliswil CH-8134, Switzerland.


**Richard Chandler's Legal Obligations**

5.      Pursuant to 31 U.S.C. § 5314, the Secretary of the Treasury is authorized to

require United States citizens (among others) to report certain transactions with foreign financial

agencies.  Pursuant to 31 C.F.R. §§ 1010.350, each United States person having a financial

interest in, or signatory authority over, a bank, securities, or other financial account exceeding

$10,000 at any time during a calendar year in a foreign country shall report such relationship to

the Internal Revenue Service (IRS) for each year in which such relationship exists.

6.      For the relevant years at issue in this case, a United States person met the

reporting requirement outlined in Paragraph 5 by filing a Report of Foreign Bank and Financial

Accounts (commonly known as "FBAR") on or before June 30 of the year following each

applicable calendar year.  *See* 31 U.S.C. § 1010.306(c).  Before 2013, the appropriate form was

Form TD-F 90.22.1, and beginning in 2013, the appropriate form was Financial Crimes

Enforcement Network (FinCEN) Form 114.

7.      Pursuant to 31 U.S.C. § 5321(a)(5), the Secretary of the Treasury is authorized to

impose civil penalties for failure to comply with the reporting requirements of 31 U.S.C. § 5314.

A failure to file an FBAR for any calendar year in which it is required is punishable by a civil

penalty not exceeding $10,000.00 for each non-willful violation of the reporting requirements of

§ 5314.  *See* 31 U.S.C. § 5321(a)(5)(B)(i).

**<u>Richard Chandler Failed to Timely Report His Interest in Foreign Financial Accounts</u>**

8.      Richard Chandler is a United States citizen by birth.

9.      Mr. Chandler moved to Switzerland when he was young and, upon information and belief, currently resides in Switzerland.  His last-known address is in Switzerland, and he has voluntarily provided Swiss addresses to the United States.

10.      Mr. Chandler had a financial interest in foreign bank accounts at Credit Suisse in Switzerland during at least 2011 through 2014.

11.      In 2015, Mr. Chandler voluntarily disclosed to the IRS, through the Offshore Voluntary Disclosure Program (OVDP), that he maintained ten to eleven foreign bank accounts at Credit Suisse, including deposit accounts XXXX-XXXX25-01 and XXXX-XXXX25-05, between 2011 and 2014.

12.      On or about October 1, 2015, Mr. Chandler voluntarily filed with the IRS delinquent FBARs for 2011 through 2014.

<u>2011</u>

13.      Richard Chandler had a financial interest in foreign bank accounts at Credit Suisse in Switzerland during at least 2011.

14.      On or about October 1, 2015, Mr. Chandler voluntarily disclosed that, for 2011, the aggregate amount in his accounts at Credit Suisse exceeded $10,000.

15.      Pursuant to 31 U.S.C. § 5314, Mr. Chandler was required to file an FBAR reporting his financial interest in the Credit Suisse accounts for the 2011 calendar year on or before June 30, 2012.

16.      Mr. Chandler failed to timely file an FBAR for 2011 regarding his financial interest in the Credit Suisse accounts.

17.     Mr. Chandler failed to provide reasonable cause as to why he filed a delinquent FBAR for the calendar year 2011.

<u>2012</u>

18.     Richard Chandler had a financial interest in foreign bank accounts at Credit Suisse in Switzerland during at least 2012.

19.     On or about October 1, 2015, Mr. Chandler voluntarily disclosed that, for 2012, the aggregate amount in his accounts at Credit Suisse exceeded $10,000.

20.     Pursuant to 31 U.S.C. § 5314, Mr. Chandler was required to file an FBAR reporting his financial interest in the Credit Suisse accounts for the 2012 calendar year on or before June 30, 2013.

21.     Mr. Chandler failed to timely file an FBAR for 2012 regarding his financial interest in the Credit Suisse accounts.

22.     Mr. Chandler failed to provide reasonable cause as to why he filed a delinquent FBAR for the calendar year 2012.

<u>2013</u>

23.     Richard Chandler had a financial interest in foreign bank accounts at Credit Suisse in Switzerland during at least 2013.

24.     On or about October 1, 2015, Mr. Chandler voluntarily disclosed that, for 2013, the aggregate amount in his accounts at Credit Suisse exceeded $10,000.

25.     Pursuant to 31 U.S.C. § 5314, Mr. Chandler was required to file an FBAR reporting his financial interest in the Credit Suisse accounts for the 2013 calendar year on or before June 30, 2014.

26.     Mr. Chandler failed to timely file an FBAR for 2013 regarding his financial interest in the Credit Suisse accounts.

27.     Mr. Chandler failed to provide reasonable cause as to why he filed a delinquent FBAR for the calendar year 2013.

<u>2014</u>

28.     Mr. Chandler had a financial interest in foreign bank accounts at Credit Suisse in Switzerland during at least 2014.

29.     On or about October 1, 2015, Mr. Chandler voluntarily disclosed that, for 2014, the aggregate amount in his accounts at Credit Suisse exceeded $10,000.

30.     Pursuant to 31 U.S.C. § 5314, Mr. Chandler was required to file an FBAR reporting his financial interest in the Credit Suisse accounts for the 2014 calendar year on or before June 30, 2015.

31.     Mr. Chandler failed to timely file an FBAR for 2014 regarding his financial interest in the Credit Suisse accounts.

32.     Mr. Chandler failed to provide reasonable cause as to why he filed a delinquent FBAR for the calendar year 2014.

**Count I: Collect Civil Penalties Assessed Pursuant to 31 U.S.C. § 5321(a)(5)**

33.     On April 18, 2018, a delegate of the Secretary of the Treasury assessed civil penalties against Richard Chandler pursuant to 31 U.S.C. § 5321(a)(5) in the total amount of $10,000 for his non-willful failure to timely file an FBAR to disclose his financial interest in the foreign deposit accounts identified as XXXX-XXXX25-01 and XXXX-XXXX25-05 for 2011.

34.     On February 8, 2019, a delegate of the Secretary of the Treasury assessed civil penalties against Mr. Chandler pursuant to 31 U.S.C. § 5321(a)(5) in the amount of $10,000 per year for a total amount of $30,000 for his non-willful failure to timely file FBARs to disclose his financial interest in the foreign deposit account identified as XXXX-XXXX25-01 for 2012, 2013, and 2014.

35.     Despite notice and demand, Mr. Chandler has failed to fully pay the penalties described in Paragraphs 33 and 34, above.

36.     Interest and penalties have accrued, and will continue to accrue, on the penalties described in Paragraphs 33 and 34, above, pursuant to 31 U.S.C. § 3717 until they are paid in full.

37.     As of January 31, 2020, Defendant Richard Chandler is indebted to the United States with respect to the penalties described in Paragraphs 33 and 34, above, in the amount of $43,306.29, plus statutory additions that continue to accrue thereafter as provided by law.

**Prayer for Relief**

WHEREFORE, the United States respectfully prays that this Court:

    A.  Enter judgment in favor of the United States and against Richard J. Chandler, with

        respect to the civil penalty assessments described in Paragraphs 33–37, above, in the

        amount of $43,306.29 as of January 31, 2020, plus statutory interest and other additions

        to tax accruing thereafter according to law until paid in full;

    B.  Award the United States its costs incurred in prosecuting this action; and

    C.  Such other and further relief as the Court deems just and proper.

Dated: April 6, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Emily K. Miller*
EMILY K. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-353-7509 (v)
202-514-6866 (f)
Emily.K.Miller@usdoj.gov

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | Richard J. Chandler |

| **(b)**  County of Residence of First Listed Plaintiff _____ | County of Residence of First Listed Defendant    n/a _____ |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
|  | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)**  Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
|  |  |

| **II.  BASIS OF JURISDICTION** *(Place an "X" in One Box Only)* |
|---|

☒ 1   U.S. Government        ☐ 3   Federal Question
      Plaintiff                              *(U.S. Government Not a Party)*

☐ 2   U.S. Government        ☐ 4   Diversity
      Defendant                          *(Indicate Citizenship of Parties in Item III)*

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  NATURE OF SUIT** *(Place an "X" in One Box Only)*                          Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | Exchange |
| | Medical Malpractice | | Leave Act | | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☒ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

**V.  ORIGIN** *(Place an "X" in One Box Only)*

☐ 1  Original Proceeding     ☐ 2  Removed from State Court     ☐ 3  Remanded from Appellate Court     ☐ 4  Reinstated or Reopened     ☐ 5  Transferred from Another District *(specify)*     ☐ 6  Multidistrict Litigation - Transfer     ☐ 8  Multidistrict Litigation - Direct File

| **VI.  CAUSE OF ACTION** | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 31 USC 5321(a)(5) |
|---|---|
| | Brief description of cause: Complaint for federal taxes |

| **VII.  REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P. | **DEMAND $** 43,306.29 | CHECK YES only if demanded in complaint: JURY DEMAND:      ☐ Yes   ☒No |
|---|---|---|---|

| **VIII.  RELATED CASE(S) IF ANY** | *(See instructions):* | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 04/06/2020 | /s/ Emily K. Miller |

**FOR OFFICE USE ONLY**

RECEIPT # _____     AMOUNT _____     APPLYING IFP _____     JUDGE _____     MAG. JUDGE _____

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:20-cv-00907 |
| Richard J. Chandler | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard J. Chandler
Obertillstrass 11
Adliswil CH-8134
Switzerland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Emily K. Miller
US Department of Justice - Tax Division
P.O. Box 227 Ben Franklin Station
Washington, D.C. 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:20-cv-00907

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: