IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                              )<br>         Plaintiff,                                     )<br>                                                              )<br>    v.                                                     )<br>                                                              )<br>RICHARD J. CHANDLER,                  )<br>Obertillstrasse 11                                 )<br>Adliswil CH-8134, Switzerland,         )<br>                                                              )<br>         Defendant.                                 )<br>_____ ) | Case No. 1:20-cv-00907-EGS |

**UNITED STATES' MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT RICHARD J. CHANDLER**

Plaintiff, the United States of America, hereby moves for alternative service of process on Defendant Richard J. Chandler, seeking authorization under Federal Rule of Civil Procedure 4(f)(3) to serve Chandler through publication in the Washington Post. Service though publication on Chandler is proper and necessary because service on Chandler in Switzerland through the diplomatic channels provided by the Hague Service Convention have failed. A brief in support, a proposed order, and the Declaration of Emily K. Miller each accompany this motion.

Dated: January 28, 2023

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Emily K. Miller*
EMILY K. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-353-7509 (v)
202-514-6866 (f)
Emily.K.Miller@usdoj.gov
*Counsel for the United States*

## CERTIFICATE OF SERVICE

    I certified that on this the 28th day of January, 2023, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice.

                                                   */s/ Emily K. Miller*
                                                   EMILY K. MILLER
                                                   Trial Attorney, Tax Division