IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>RICHARD J. CHANDLER, )<br>Obertillstrasse 11 )<br>Adliswil CH-8134, Switzerland, )<br>  )<br>  Defendant. )<br>_____ ) | Case No. 1:20-cv-00907-EGS |

**DECLARATION OF EMILY K. MILLER**

I, Emily K. Miller, declare, pursuant to 28 U.S.C. § 1746, that:

1. I am employed as a Trial Attorney with the United States Department of Justice, Tax Division, in Washington, D.C.

2. As part of my duties as a trial attorney with the Tax Division, I have been assigned to represent the Plaintiff, the United States of America, in the above-captioned matter.

3. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify to said facts, could do so competently.

4. On April 6, 2020, the United States filed a complaint against Richard Chandler in the above-captioned action. Doc. No. 1.

5. Upon information and belief, Richard Chandler lives in Adliswil, Switzerland.

6. In September 2020, the undersigned attempted to serve process on Richard Chandler through the Hague Convention. Doc. No. 10; Doc. No. 11.

7. On Thursday, October 29, 2020, the undersigned received a letter from the Obergericht des Kantons Zurich, informing the undersigned that they are unable to process the

request for service. According to the letter, Switzerland does not consider a tax matter to be a "Civil or Commercial Matter" for purposes of service pursuant to the Hague Convention. Doc. No. 12-1.

8. On December 15, 2020, the undersigned moved the Court for issuance of letters rogatory pursuant to Federal Rule of Civil Procedure 4(f)(2) in order to attempt service of process by diplomatic channels. Doc. No. 15.

9. On April 27, 2022, the undersigned submitted the certified and apostilled letters rogatory to the Department of State for transmittal to Swiss authorities. Doc. No. 36, ¶ 43.

10. On August 18, 2022, the undersigned received correspondence from the Federal Office of Justice, Swiss Confederation, indicating that Switzerland had declined to serve process of the complaint. Doc. No. 36, ¶ 45; Doc. No. 36-1.

11. The undersigned has consulted with a law firm in Switzerland concerning service of process laws in that country. The undersigned has been advised that service by certified mail, service by publication in Switzerland, and requests for waiver of service is not available in this circumstance because of Swiss laws on the issue.

12. The undersigned has further been advised that service by publication in the United States would not violate Swiss laws of service.

13. Due to the above-mentioned efforts to locate and serve Richard Chandler, I believe that personal service is not practicable.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed on January 28, 2023, in Washington, D.C.

                                          EMILY K. MILLER
                                          Trial Attorney
                                          United States Department of Justice
                                          Tax Division