IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD J. CHANDLER, ) <br> Obertillstrasse 11 ) <br> Adliswil CH-8134, Switzerland, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:20-cv-00907-EGS |

**ORDER**

This matter is before the Court on the United States' Motion for Alternative Service of Process on Richard J. Chandler pursuant to Federal Rule of Civil Procedure 4(f)(3). It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The United States' Motion for Alternative Service of Process is **GRANTED**;

2. Counsel for the United States **SHALL PUBLISH** this order in the Washington Post once a week for three consecutive months;

3. Following completion of publication, counsel for the United States **SHALL FILE** a declaration with the Court stating that the United States has complied with the terms of Paragraph 2; and

4. If counsel for the United States certifies compliance with Paragraph 2, and if Defendant Richard Chandler does not appear or plead within 21 days after the declaration is filed with the Court, Defendant Chandler will be deemed to have been served with

process with the District of Columbia pursuant to Rule 4 of the Federal Rules of Civil Procedure.

On this the _____ day of _____, 2023.

_____
HON. EMMET G. SULLIVAN
United States District Judge
United States District Court for the District of Columbia